# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Advanced Packaging and Distribution Specialist, In | **Case No :** | 10−43901 − C − 7 |
| | | **Date :** | 6/22/11 |
| | | **Time :** | 10:00 |
| **Matter :** | [246] − Motion/Application for Administrative Expenses [MJ−1] Filed by Creditor Michael Jennaro (bres) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
    Creditor − Michael Jennaro
**Respondent(s) :**
    Debtor(s) Attorney − Kenrick Young
(by phone)  Trustee − Stephen C. Ferlmann
(by phone)  Creditor's Attorney − Ronald Clifford; Eugene Yamamoto; Mark Campagna

HEARING CONTINUED TO: 8/23/11 at 09:30 AM